# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

CHARMANE FIELDS,

        Plaintiff,

v.                                                                    Case No.  3:13-cv-1178-J-34JBT

STATE OF FLORIDA, Department
of Children and Families,

        Defendant.

_____/

## <u>ORDER</u>

      **THIS CAUSE** is before the Court on Plaintiff Response in Opposition to Defendants

Motion to Dismiss Plaintiff Amended Complaint (Doc. No. 15; Response), filed on March 24,

2014.  In her Response, Plaintiff, in addition to opposing Defendant's motion to dismiss this

action, makes an alternative request "that the Court allow Plaintiff the opportunity to clarify the

amended the [sic] complaint."  Response at 5.  Plaintiff then includes eleven numbered

paragraphs containing factual allegations and states that "Plaintiff, CHARMANE FIELDS,

incorporates as if re-alleged paragraphs 1-11." <u>Id.</u> at 5-9.  Preliminarily, the Court notes that

a request for affirmative relief, such as a request for leave to amend a pleading, is not properly

made when simply included in a response to a motion.  <u>See</u> Fed. R. Civ. P. 7(b); <u>see</u> <u>also</u>

<u>Rosenberg v. Gould</u>, 554 F.3d 962, 965 (11th Cir. 2009) ("Where a request for leave to file

an amended complaint simply is imbedded within an opposition memorandum, the issue has

not been raised properly.") (quoting <u>Posner v. Essex Ins. Co.</u>, 178 F.3d 1209, 1222 (11th Cir.

1999)).

Moreover, even if it were proper to include a request for leave to amend in the Response, the request is otherwise due to be denied based upon Plaintiff's failure to satisfy the requirement that "[a] motion for leave to amend should either set forth the substance of the proposed amendment or attach a copy of the proposed amendment." Long v. Satz, 181 F.3d 1275, 1279 (11th Cir. 1999); see also McGinley v. Fla. Dep't of Highway Safety and Motor Vehicles, 438 F. App'x 754, 757 (11th Cir. 2011) (affirming denial of leave to amend where plaintiff did not set forth the substance of the proposed amendment); United States ex. rel. Atkins v. McInteer, 470 F. 3d 1350, 1361-62 (11th Cir. 2006) (same). Thus, to the extent Plaintiff's request in the Response is a request to amend her Amended Complaint and Demand for Jury Trial (Doc. No. 7), the Court will not entertain Plaintiff's request for relief included in the Response. Plaintiff is advised that, if she wishes to pursue such relief, she is required to file an appropriate motion, in accordance with the Federal Rules of Civil Procedure and the Local Rules, United States District Court, Middle District of Florida.

Accordingly, it is hereby **ORDERED**:

To the extent that it requests relief from the Court, the Plaintiff Response in Opposition to Defendants Motion to Dismiss Plaintiff Amended Complaint (Doc. No. 15), is **DENIED without prejudice**.

**DONE AND ORDERED** at Jacksonville, Florida, this 1st day of April, 2014.

**MARCIA MORALES HOWARD**
United States District Judge

-2-

lc18

Copies to:

Pro se party
Counsel of Record